B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## ~~Middle~~ Southern District of Florida

In re   **Atlantic Jet Management, LLC**
                                        Debtor(s)

Case No. _____
Chapter   **11**

FILED BY ___ JLK ___
2010 AUG 26  AM 9:23
CLERK
COURT OF BANKRUPTCY
S.O. DIST. OF FL
FT. L. OFFICE

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alberto Bacardi | Alberto Bacardi | 1/16 of N502AP | | Unknown |
| Banyan, Inc.<br>8521 NW 68th St.<br>Miami, FL 33166 | Banyan, Inc.<br>8521 NW 68th St.<br>Miami, FL 33166 | | | 3,337.20 |
| Craig Symonette | Craig Symonette | 1/8 of N504AP | | Unknown |
| Grand Bahama Port Authority | Grand Bahama Port Authority | 1/8 of N504AP | | Unknown |
| Ignacio De La Rocha<br>P.O. Box CB 12465<br>Nassau, Bahamas | Ignacio De La Rocha<br>P.O. Box CB 12465<br>Nassau, Bahamas | NZ005V, Beechcraft, King Air B200, BB-1187 | | 1,800,000.00<br><br>(1,600,000.00 secured) |
| Juan Bacardi | Juan Bacardi | 1/4 of N504AP | | Unknown |
| Manuel Mosko | Manuel Mosko | 1/16 of N502AP | | Unknown |
| Manuel R. Cutillas<br>29356 SW 143rd Ave.<br>Homestead, FL 33033 | Manuel R. Cutillas<br>29356 SW 143rd Ave.<br>Homestead, FL 33033 | | | 480,000.00 |
| Mario A. Portuondo<br>55-59 SW 158th Ct.<br>Miami, FL 33130 | Mario A. Portuondo<br>55-59 SW 158th Ct.<br>Miami, FL 33130 | | | 225,000.00 |
| Port Group Limited | Port Group Limited | 1/8 of N502AP<br>1/4 of N504 AP | | Unknown |
| Premium Financing Specialist<br>24722 Network Place<br>Chicago, IL 60673 | Premium Financing Specialist<br>24722 Network Place<br>Chicago, IL 60673 | | | 12,072.65 |
| Sheltair Aviation Center, LL<br>4860 NE 12th Ave.<br>Fort Lauderdale, FL 33334 | Sheltair Aviation Center, LL<br>4860 NE 12th Ave.<br>Fort Lauderdale, FL 33334 | | | 42,000.00 |
| Stephen Albury<br>5221 NW 13th Ave.<br>Miami, FL 33142 | Stephen Albury<br>5221 NW 13th Ave.<br>Miami, FL 33142 | | | 65,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Atlantic Jet Management, LLC    Case No. _____
                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stephen Albury 5221 NW 13th Ave. Miami, FL 33142 | Stephen Albury 5221 NW 13th Ave. Miami, FL 33142 | 1/8 of N504AP | | Unknown |
| Stuart Ray | Stuart Ray | 1/8 of N502AP | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8/26/10    Signature  _____
                            C. Scott Albury
                            Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.