UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ATLANTIC JET MANAGEMENT, LLC,          Case No.: 10-35289-BKC-JKO

        Debtor.                 Chapter 11

_____/

## UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE

Donald F. Walton, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b),[1] respectfully moves this Court to enter an order converting or dismissing this case, and in support hereof states as follows:

## BACKGROUND

1.      On August 26, 2010, Atlantic Jet Management, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      It is the understanding of the United States Trustee that the Debtor is in the business of providing jet service to customers.

3.      The United States Trustee has not appointed a committee of unsecured creditors.

4.      The meeting of creditors, pursuant to § 341, is scheduled for October 14, 2010.

5.      The Debtor has not filed case summary management and payroll/sales tax report in accordance with the local rules.

6.      To date, the monthly operating report for August 2010 has not been filed.

7.      To date, the Debtor has not filed an application to retain counsel.

8.      To date, the Debtor has not provided adequate proof of insurance to the United States

---

[1] Unless otherwise indicated, all statutory references pertain to title 11 of the United States Code (the "Bankruptcy Code").

Trustee.  Furthermore, the Debtor has not produced any other documents requested by the United States Trustee.

9.      The Debtor's schedules contain errors and omissions.  For example, Schedule B does not provide adequate disclosure regarding the Debtor's ownership interest in a checking account. Moreover, Schedule B does not disclose the Debtor's ownership interest in "Private Latitudes," a fictitious name registered with the State of Florida, and a website with the following IP address: www.privatelatitudes.net.  Finally, the Debtor failed to disclose the addresses of certain creditors on Schedule F.

## RELIEF REQUESTED

10.      By way of this Motion, the United States Trustee seeks conversion or dismissal of this case.  At present,  the United States Trustee supports conversion of this case as the best alternative.

11.      Dismissal or conversion of chapter 11 cases is governed by § 1112(b),[2] which provides that a bankruptcy court shall convert or dismiss a case, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

12.      The term "cause" is not defined by the Bankruptcy Code, but § 1112(b) lists sixteen examples of cause which justify conversion including, but not limited to, continuing losses or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain  appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; un-excused failure to satisfy timely any

---

[2] Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 amended substantially § 1112(b).

2

filing or reporting requirement established the Bankruptcy Code or by any rule applicable to the case under chapter 11; and, failure to timely provide information reasonably requested by the United Sates Trustee.  The examples set forth in this subsection is meant to be nonexclusive. See In re Global Shipsystems, LLC, 391 B.R. 193, 205 (Bankr. S.D. Ga. 2007).

13.    In this case, the record supports a finding of cause, at minium, under § 1112(b)(4)(B), (C), (F) and (H).

14.    The Debtor has no insurance, thus placing the bankruptcy estate at considerable risk. Moreover, the Debtor is ignoring its duties as a fiduciary.  The schedules contain numerous errors and several creditors have not been given notice of this bankruptcy case.

WHEREFORE, the United States Trustee requests that the Court enter an order: i) converting or dismissing this case; and ii) granting such other and further relief as is deemed just and proper.

DATED:  September 29, 2010.

Donald F. Walton
United States Trustee
Region 21

/s/_____
Ariel Rodriguez, Trial Attorney
Florida Bar No.: 160253
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the following parties on September 29, 2010, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically as listed on the attached service list:

Christopher Hixson, Esq.**     Atlantic Jet Management
2525 NW 55 Ct.
Hangar 24
Ft. Lauderdale, FL 33309

/s/_____
Ariel Rodriguez, Trial Attorney