**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                          CHAPTER 11 - VOLUNTARY

**ATLANTIC JET MANAGEMENT, LLC**              Case No.: 10-35289-JK011

Debtor.

_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

The above captioned debtor and debtor-in-possession (the "Debtor"), by and through its proposed undersigned counsel, hereby files this Chapter 11 Case Management Summary and states:

1. **Date of Order for Relief under Chapter 11:**   August 26, 2010

2. **Names, case numbers and dates of filing of related debtors:**   None

3. **Description of debtor's business:**   Aircraft management and operation of a shared aircraft ownership program.

4. **Locations of debtor's operations and whether the business premises are leased or owned:**

    a.   Principle Offices - 240 S.W. 34th St., Fort Lauderdale, FL 33315 - Leased

    b.   Aircraft N503AP - 240 S.W. 34th St., Fort Lauderdale, FL 33315 - Leased

    c.   Aircraft N502AP - Fort Lauderdale Executive   - 6000 NW 21st Ave., Fort Lauderdale, FL 33309 - Leased

1

  d. Aircraft N504AP - Nassau International Airport - PO Box AP 59222, Nassau International Airport, Nassau Bahamas - Leased

5. **Reasons for filing Chapter 11:** The Company was forced to file Chapter 11 due to (1) a failed investor partnership, (2) aircraft repossession, (3) multiple legal disputes among the aircraft owners and investors, (4) unable to provide management services adequately, (5) lack of ability to keep a cash flow adequate to maintain all its debts.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the one (1) year prior to filing:**

  1. C. Scott Albury  -  Managing Member

   2010   -   $ 80,000.00

   2009   -   $ 111,000.00

  2. Elizabeth Albury  -  Managing Member

   All figures are combined with C. Scott Albury

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

  2010   -   $341,271.50

  2009   -   $728,118.34

8. **Amounts owed to various creditors:**

    a.    **Obligations owed to priority creditors including priority tax obligations:**

Florida Department of Revenue – Taxes / Licenses - $200.00

IRS – Federal Income Tax / FICA - $8149.02 (Claimed)

    b.    **With respect to creditors holding secured claims, the name and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing the claims, and:**

Ignacio De La Rocha has a claim for $1.8 million secured by the N502AP Beechcraft airplane valued at $1.6 million dollars.

    c.    **Amount of unsecured claims:**

$849,961.00

9.    **General description and approximate value of the debtor's assets:**

Debtor has interests in several aircraft which value as fixed assets as $1.5 million (including parts) in addition to the resolution of insurance claims on the N502AP and N504AP aircraft.

10.    **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and the date the policy expires:**

Policy: Corporate Aircraft Insurance

Property Covered:    N502AP 1984 Beech King Air 200

       N503AP 1978 Twin Commander 500

       N504AP 1969 Twin Commander 500

Insurer: Old Republic Insurance Co.

Policy No.: CA 00145601

Amount of Coverage:      Physical / Liability

  N502AP 1984 Beech King Air 200  $2,000,000.00 / $10,000,000.00

  N503AP 1978 Twin Commander 500  $500,000.00 / $2,000,000.00

  N504AP 1969 Twin Commander 500  $500,000.00 / $2,000,000.00

Premium Current: Yes

Premium Due: Due now in the amount of $2,414.53.

11. **Number of employees and amounts of wages owed as of petition date:**

No. of Employees: 2 as managing members.

Owed: C. Scott Albury - None

    Elizabeth Albury - None

12. **Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the detailed payroll tax information required by Local Rule 2081-1(A):**

Payroll tax obligations are due in the amount of $200.00

Sales tax obligations are current.

13. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

None within (14) days of the Petition date, but as of 14 days from the filing of this document:

1) Motion to Permit Payment of Pre-Petition Wages and Independent Contractors;

2) Motion to Pay and Establish a Critical Vendor Payment Procedure;

3) Motion to Honor Pre-Petition Consumer Programs;

4) Motion to Enforce Protections Under 525(a);

5) Motion to Pay Utilities and Establish Payment Procedure;

6) Motion to Utilize Pre-Petition Cash Management System Including Bank Accounts and Existing Checks; and

7) Motion for Approval of Employment of Attorney

Respectfully submitted this 25th day of October 2010.

/s/ Scott Albury
_____
Scott Albury, Managing Member
Atlantic Jet Management, LLC
Debtor and Debtor in Possession

_/s/ Christopher Hixson, Esq._____
CHRISTOPHER L. HIXSON, ESQ.
Florida Bar No.: 41158
Lynch & Robbins, P.A.
2639 Dr. MLK Jr. Street N.
St. Petersburg, FL  33704
Telephone:  (727) 822-8696
Facsimile:  (727) 471-0616
chixson@floridalawyer.com
Proposed counsel to the debtor
and debtor-in-possession.