## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CHAPTER 11 - VOLUNTARY

**ATLANTIC JET MANAGEMENT, LLC**          Case No.: 10-35289-JK011

**Debtor.**

_____/

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM  September 1, 2010  TO  September  30, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


                                             /s/ Christopher Hixson, Esq.
                                             Proposed Attorney for Debtor's Signature


Debtor's Address                           Proposed Attorney's Address
and Phone Number:                          and Phone Number:

 240 SW 34ᵗʰ St.                            Lynch & Robbins, P.A.

 Fort Lauderdale, FL 33315                  2639 Dr. MLK Jr. St. N

 (954) 563 - 6925                           St. Petersburg, FL 33704

                                            (727) 822-8696

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20ᵗʰ day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  September 1, 2010   AND ENDING September 30, 2010**

Name of Debtor:  Atlantic Jet Management, Inc.      Case Number  10-35289-JKO
Date of Petition:  August 26, 2010

|  |  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | | **$20,131.72**  (a) | **$38,400.94**  (b) |
| **2. RECEIPTS:** | | | |
| | A. Cash Sales | $0.00 | $0.00 |
| | Minus: Cash Refunds | (-)$0.00 | $0.00 |
| | Net Cash Sales | $0.00 | $0.00 |
| | B. Accounts Receivable | $0.00 | $8,695.00 |
| | C. Other Receipts *(See MOR-3)* | $0.00 | $2,200.00 |
| | (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | | **$0.00** | **$10,895.00** |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | | **$20,131.72** | **$49,295.24** |
| **5. DISBURSEMENTS** | | | |
| | A. Advertising | $0.00 | $ 0.00 |
| | B. Bank Charges | $3.41 | $ 28.37 |
| | C. Contract Labor | $0.00 | $2,885.46 |
| | D. Fixed Asset Payments (not incl. in "N") | $0.00 | $ 0.00 |
| | E. Insurance | $4,949.79 | $ 4,949.79 |
| | F. Inventory Payments *(See Attach. 2)* | $0.00 | $ 0.00 |
| | G. Leases | $0.00 | $164.00 |
| | H. Manufacturing Supplies | $0.00 | $ 0.00 |
| | I. Office Supplies | $0.00 | $ 0.00 |
| | J. Payroll - Net *(See Attachment 4B)* | $0.00 | $ 0.00 |
| | K. Professional Fees (Accounting & Legal) | $0.00 | $ 26,039.00 |
| | L. Rent | $0.00 | $ 0.00 |
| | M. Repairs & Maintenance | $0.00 | $ 0.00 |
| | N. Secured Creditor Payments *(See Attach. 2)* | $0.00 | $ 0.00 |
| | O. Taxes Paid - Payroll *(See Attachment 4C)* | $0.00 | $ 0.00 |
| | P. Taxes Paid - Sales & Use *(See Attachment 4C)* | $0.00 | $ 50.00 |
| | Q. Taxes Paid - Other *(See Attachment 4C)* | $0.00 | $ 0.80 |
| | R. Telephone | $568.61 | $ 568.61 |
| | S. Travel & Entertainment | $0.00 | $ 0.00 |
| | Y. U.S. Trustee Quarterly Fees | $0.00 | $ 0.00 |
| | U. Utilities | $53.72 | $ 53.72 |
| | V. Vehicle Expenses | $0.00 | $ 0.00 |
| | W. Other Operating Expenses *(See MOR-3)* | $0.00 | $ 0.00 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | | **$5,575.53** | **$ 34,739.75** |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | | $14,595.79 (c) | $ 14,556.19. (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 25th day of October, 2010.                    /s/ Scott Albury
                                                                  Scott Albury – Managing Member

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER RECEIPTS | _____ | _____ |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER DISBURSEMENTS | _____ | _____ |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**5:03 PM**

**10/24/10**

**Accrual Basis**

# Private Latitudes
# Balance Sheet
### As of September 30, 2010

|  | Sep 30, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| American National Bank | 17,988.00 |
| Petty Cash - Gary Oldham | 300.00 |
| Petty Cash - R.Munnings | 264.83 |
| Royal Bank of Canada | 1,071.87 |
| Scotiabank | 666.54 |
| **Total Checking/Savings** | 20,291.24 |
| **Accounts Receivable** | |
| Accounts Receivable | 207,238.43 |
| **Total Accounts Receivable** | 207,238.43 |
| **Other Current Assets** | |
| Credit Card Receivables | 100.00 |
| Due from Officers | 23,670.18 |
| Prepaid Expenses | 600.00 |
| **Total Other Current Assets** | 24,370.18 |
| **Total Current Assets** | 251,899.85 |
| **Fixed Assets** | |
| **Machinery & Equipment - 502AP** | |
| Original Cost | 1,262,609.84 |
| Parts - N502AP | 108,540.03 |
| Machinery & Equipment - 502AP - Other | 201,741.96 |
| **Total Machinery & Equipment - 502AP** | 1,572,891.83 |
| **Machinery & Equipment - 503AP** | 357,346.96 |
| **Machinery & Equipment - 504AP** | |
| Parts - N504AP | 221,583.26 |
| Machinery & Equipment - 504AP - Other | 72,482.64 |
| **Total Machinery & Equipment - 504AP** | 294,065.90 |
| **Machinery & Equipment - N210AS** | |
| Original Cost | 80,000.00 |
| Machinery & Equipment - N210AS - Other | 120,000.00 |
| **Total Machinery & Equipment - N210AS** | 200,000.00 |
| **Parts Inventory** | 42,997.05 |
| **Total Fixed Assets** | 2,467,301.74 |
| **Other Assets** | |
| Deposits - Security | 6,422.00 |
| **Total Other Assets** | 6,422.00 |
| **TOTAL ASSETS** | 2,725,623.59 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 63,227.66 |
| **Total Accounts Payable** | 63,227.66 |
| **Credit Cards** | |
| American Express | -3,539.71 |
| VISA | -519.55 |
| **Total Credit Cards** | -4,059.26 |

**5:03 PM**

**10/24/10**

**Accrual Basis**

# Private Latitudes
# Balance Sheet
### As of September 30, 2010

|  | Sep 30, 10 |
|---|---|
| **Other Current Liabilities** | |
| **Loans Payable** | |
| **Loan - Graziella Portuondo** | -50,416.08 |
| **Loan - Mario Portuondo** | 100,000.00 |
| **Loan #1 Bellamar Intl. Trading** | 150,000.00 |
| **Loan #2 Manuel Cutillas** | 522,428.82 |
| **Loan #3 Ignacio DeLaRocha** | 1,925,876.11 |
| **Loan #4** | 151,000.00 |
| **Total Loans Payable** | 2,798,888.85 |
| **Other Current Liabilities** | |
| **Deposit - Port Group** | 412,500.00 |
| **Due to AFS** | 14,965.27 |
| **Total Other Current Liabilities** | 427,465.27 |
| **Payroll Tax Payable** | 70.40 |
| **Total Other Current Liabilities** | 3,226,424.52 |
| **Total Current Liabilities** | 3,285,592.92 |
| **Total Liabilities** | 3,285,592.92 |
| **Equity** | |
| **Opening Balance Equity** | 0.48 |
| **Retained Earnings** | -726,265.15 |
| **Net Income** | 166,295.34 |
| **Total Equity** | -559,969.33 |
| **TOTAL LIABILITIES & EQUITY** | 2,725,623.59 |

# Private Latitudes
# Profit & Loss
### September 2010

|  | Sep 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Service/Fee Revenue** | |
| **OFH Revenue - Commander** | 4,327.80 |
| **Total Service/Fee Revenue** | 4,327.80 |
| **Services** | 91.16 |
| **Total Income** | 4,418.96 |
| **Cost of Goods Sold** | |
| **Other Costs of Service - COS** | |
| **Departure Tax** | -100.00 |
| **Hangar Rent** | 8,407.50 |
| **Landing & Entry Fees** | -20.00 |
| **Total Other Costs of Service - COS** | 8,287.50 |
| **Total COGS** | 8,287.50 |
| **Gross Profit** | -3,868.54 |
| **Expense** | |
| **General Administrative Expenses** | |
| **Telephone Expense** | 395.31 |
| **Total General Administrative Expenses** | 395.31 |
| **Utilities** | 23.78 |
| **Total Expense** | 419.09 |
| **Net Ordinary Income** | -4,287.63 |
| **Net Income** | **-4,287.63** |

4:57 PM

10/24/10

Accrual Basis

# Private Latitudes
# Profit & Loss
### January through September 2010

| | Jan - Sep 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Management Fees - Commander-INV** | 56,000.00 |
| **N503AP** | -95,000.00 |
| **OFH Revenue - Commander-INV** | 39,790.00 |
| **OFH Revenue - Kingair-INV** | 26,350.00 |
| **Refunds-Allowances** | 3,975.20 |
| **Rental - Income** | 12,720.00 |
| **Service/Fee Revenue** | |
| **Cash Over/Short** | -0.50 |
| **Management Fees - Commander** | 57,800.00 |
| **Management Fees - Kingair** | 64,000.00 |
| **OFH Revenue - Commander** | 134,017.14 |
| **OFH Revenue - Kingair** | 27,988.50 |
| **Total Service/Fee Revenue** | 283,805.14 |
| **Services** | 18,050.12 |
| **Uncategorized Income** | 0.00 |
| **Total Income** | 345,690.46 |
| **Cost of Goods Sold** | |
| **Air Traffic Control Services** | 557.80 |
| **Aviation Fuel** | |
| **Fuel** | 12.55 |
| **Fuel 155D** | 788.99 |
| **Fuel 502AP** | 22,465.91 |
| **Fuel 503AP** | 52,807.30 |
| **Fuel 504AP** | 11,986.69 |
| **Fuel N210AJ** | 825.00 |
| **Fuel N613HC** | 1,136.49 |
| **Fuel N90MS** | 2,510.68 |
| **Fuel Other** | 24.00 |
| **Total Aviation Fuel** | 92,557.61 |
| **Direct Salaries & Wages** | |
| **Salaries - Pilots** | 42,463.14 |
| **Total Direct Salaries & Wages** | 42,463.14 |
| **Equipment Repairs & Maintenance** | |
| **Commander** | |
| **503AP** | 3,615.14 |
| **504AP** | 7,111.44 |
| **N155** | 45.00 |
| **Total Commander** | 10,771.58 |
| **Equipment Repairs & Maintenanc0** | 10,252.62 |
| **Kingair** | |
| **502AP** | 413.40 |
| **N210AJ** | 5,410.98 |
| **Total Kingair** | 5,824.38 |
| **Total Equipment Repairs & Maintenance** | 26,848.58 |
| **Other Costs of Service - COS** | |
| **Catering Supplies** | 1,584.06 |
| **Contract Services** | 67,031.68 |
| **Customs/Immigration OT** | 351.30 |
| **Departure Tax** | 1,805.75 |
| **Equipment Rental - COS** | 1,000.00 |
| **Flight Training** | 6,722.04 |
| **Hangar Rent** | 80,667.50 |
| **Inspection Fees** | 4,125.00 |
| **Landing & Entry Fees** | -1,244.57 |
| **Outside Services** | 284.17 |
| **Pilot Services** | 24,872.19 |

4:57 PM

10/24/10

Accrual Basis

# Private Latitudes
# Profit & Loss
### January through September 2010

|  | Jan - Sep 10 |
|---|---|
| Ramp/Handling Fees | 11,347.02 |
| Ramp/Parking | 1,613.38 |
| **Total Other Costs of Service - COS** | 200,159.52 |
| **Total COGS** | 362,586.65 |
| **Gross Profit** | -16,896.19 |
| Expense |  |
| General Administrative Expenses |  |
| Bank Charges | 1,381.00 |
| Dues & Subscriptions | 3,310.35 |
| Office Supplies | 1,098.08 |
| Postage & courier | 99.81 |
| Stationery & Printing | 477.23 |
| Telephone Expense | 7,256.40 |
| **Total General Administrative Expenses** | 13,622.87 |
| Insurance |  |
| Insurance - Liability | 20,724.80 |
| Insurance - Other | 2,535.26 |
| **Total Insurance** | 23,260.06 |
| Legal & Professional Fees |  |
| Accounting | 7,972.50 |
| Legal Fees - General | 14,235.39 |
| Legal Fees - N502AP | 890.25 |
| Legal & Professional Fees - Other | 31,152.16 |
| **Total Legal & Professional Fees** | 54,250.30 |
| Payroll Expenses*OE |  |
| Bonuses | 200.00 |
| National Insurance | -77.60 |
| Salaries - Officers | 80,000.00 |
| **Total Payroll Expenses*OE** | 80,122.40 |
| Promotional |  |
| Promotional Meals | 81.70 |
| **Total Promotional** | 81.70 |
| Taxes & Licenses | 37,193.64 |
| Travel |  |
| Airline | 613.10 |
| Lodging | 8,517.33 |
| Meals | 4,167.93 |
| Tips | 10.00 |
| Transportation | 3,882.19 |
| **Total Travel** | 17,190.55 |
| Uncategorized Expense | 18.00 |
| Utilities | 6,053.95 |
| **Total Expense** | 231,793.47 |
| **Net Ordinary Income** | -248,689.66 |
| Other Income/Expense |  |
| Other Income |  |
| Gain/Loss on Sale of Assets | 400,000.00 |
| Other Income | 15,000.00 |
| **Total Other Income** | 415,000.00 |

4:57 PM

10/24/10

Accrual Basis

**Private Latitudes**
# Profit & Loss
### January through September 2010

|  | Jan - Sep 10 |
|---|---|
| **Other Expense** | |
| **Miscellaneous** | 15.00 |
| **Total Other Expense** | 15.00 |
| **Net Other Income** | 414,985.00 |
| **Net Income** | **166,295.34** |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  Atlantic Jet Management, LLC      Case Number:  10-35289-KJ011

Reporting Period beginning  September 1, 2010      Period ending  September 30, 2010

ACCOUNTS RECEIVABLE AT PETITION DATE:  $203,699.47

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $202,699.47 | (a) |
| PLUS: Current Month New Billings | $4,538.96 | |
| MINUS: Collection During the Month | $0.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $0.00 | * |
| End of Month Balance | $207,238.43 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 5,700.00 | $ 20,432.54 | $26,596.26 | $149,970.67 | $207,238.43(c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| For All | | No actions taken yet, collectability directly tied to case |
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

# Private Latitudes
# A/R Aging Summary
### As of October 1, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Airmanic Ltd | 0.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 3,000.00 |
| Alberto Bacardi | 0.00 | 0.00 | 0.00 | 0.00 | 4,032.64 | 4,032.64 |
| Albury's Ferry Service | 0.00 | 0.00 | 0.00 | 0.00 | 3,783.36 | 3,783.36 |
| Carl-Gustav Rotkirch | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| Craig Symonette | 0.00 | 0.00 | 1,800.00 | 1,800.00 | 0.00 | 3,600.00 |
| Demo Flight (C) | 0.00 | 0.00 | 0.00 | 0.00 | 11,319.76 | 11,319.76 |
| Elite Aircraft (C) | 0.00 | 0.00 | 1,590.00 | 1,590.00 | 39,750.00 | 42,930.00 |
| Grand Bahama Port Authority | 0.00 | 0.00 | 0.00 | 0.00 | 6,128.90 | 6,128.90 |
| Grand Bahama Port Authority (FMC) | 0.00 | 1,900.00 | 0.00 | 0.00 | 0.00 | 1,900.00 |
| Graziella Portuondo (C) | 0.00 | 0.00 | 0.00 | 0.00 | 12,326.69 | 12,326.69 |
| Hannes Babak | 0.00 | 0.00 | 0.00 | 3,377.50 | 17,439.16 | 20,816.66 |
| Hutchinson Port Holdings, Grand Bahama | 1,245.30 | 0.00 | 0.00 | 0.00 | 30.00 | 1,275.30 |
| Jose B. Portuondo | 0.00 | 0.00 | 0.00 | 0.00 | 5,208.83 | 5,208.83 |
| Juan Bacardi | 0.00 | 0.00 | 2,400.00 | 2,400.00 | 8,803.66 | 13,603.66 |
| Kipair (C) | 0.00 | 0.00 | 3,000.00 | 3,000.00 | 27,142.21 | 33,142.21 |
| Kylin International Group | 0.00 | 0.00 | 0.00 | 0.00 | 7,552.70 | 7,552.70 |
| Mike Hamilton {c} | 0.00 | 0.00 | 0.00 | 0.00 | 991.56 | 991.56 |
| Nicholas Mosko | 0.00 | 0.00 | 1,200.00 | 1,200.00 | 2,250.00 | 4,650.00 |
| Port Lucaya Marina | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Richard Hayward | 0.00 | 0.00 | 0.00 | 0.00 | 1,797.37 | 1,797.37 |
| Robert & Kate Wharton | 0.00 | 0.00 | 1,667.52 | 2,033.76 | -8,359.02 | -4,657.74 |
| Robert & Kate Wharton (FMC) | 0.00 | 0.00 | 2,000.00 | 2,000.00 | -6,000.00 | -2,000.00 |
| Roger Rex | 0.00 | 0.00 | 0.00 | 0.00 | -970.18 | -970.18 |
| Rosetti and Associates LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scott Albury | 0.00 | 0.00 | 0.00 | 0.00 | 6,998.30 | 6,998.30 |
| Sir Albert Miller | 0.00 | 0.00 | 0.00 | 0.00 | 254.56 | 254.56 |
| Steven Albury | 0.00 | 0.00 | 0.00 | 0.00 | 9,475.17 | 9,475.17 |
| The Berkley Group, Inc. | 0.00 | 0.00 | 0.00 | 7,695.00 | 0.00 | 7,695.00 |
| The Port Group Ltd | 3,293.66 | 0.00 | 5,275.02 | 0.00 | 0.00 | 8,568.68 |
| The Port Group Ltd. (FMC) | 0.00 | 3,800.00 | 0.00 | 0.00 | 0.00 | 3,800.00 |
| TOTAL | 4,538.96 | 5,700.00 | 20,432.54 | 26,596.26 | 149,970.67 | 207,238.43 |

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _Atlantic Jet Management, LLC_        Case Number: _10-35289-JKO11_

Reporting Period beginning _September 1, 2010_        Period ending _September 30, 2010_

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

_ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $_____ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $_____ | |
| PLUS/MINUS: Adjustments | $_____ | * |
| Ending Month Balance | $_____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Atlantic Jet Management, LLC          Case Number:   10-35289-JKO11

Reporting Period beginning  September 1, 2010        Period ending   September 30, 2010

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $_____(a)
     PLUS: Inventory Purchased During Month          $_____
     MINUS: Inventory Used or Sold          $_____
     PLUS/MINUS: Adjustments or Write-downs          $_____*
    Inventory on Hand at End of Month          $_____

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | =    _____100%* |

* Aging Percentages must equal 100%.
    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  $2,273,077.14_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Aircraft and parts for them._____

_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $ 2,273,077.14_____(a)(b)
    MINUS:  Depreciation Expense          $ 0.00_____
    PLUS:  New Purchases          $ 0.00_____
    PLUS/MINUS: Adjustments or Write-downs          $ 0.00_____*
Ending Monthly Balance          $ 2,273,077.14_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Atlantic Jet Management, LLC          Case Number:  10-35289-JKO11

Reporting Period beginning  September 1, 2010          Period ending  September 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  American National Bank          BRANCH:  Oakland Park, FL

ACCOUNT NAME:  Operating          ACCOUNT NUMBER:  ▮▮▮▮▮▮

PURPOSE OF ACCOUNT:          OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ 12,807.78 |
| Plus Total Amount of Outstanding Deposits | $ 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ 0.00            * |
| Minus Service Charges | $ 0.00 |
| Ending Balance per Check Register | $ 12,807.78      **(a) |

**\*Debit cards are used by** Scott and Elizabeth Albury

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** (    Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0.00            Transferred to Payroll Account
$ 0.00            Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC      Case Number:  10-35289-JKO11

Reporting Period beginning September 1, 2010     Period ending  September 30, 2010

NAME OF BANK:  American National Bank      BRANCH:  Oakland Park, FL

ACCOUNT NAME:  Operating

ACCOUNT NUMBER:  ███████

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 9/16 | EFT | AT&T | Phone | $395.31 |
| 9/21 | EFT | Utilities Provider | Utilties | $53.72 |
| 9/27 | EFT | AT&T | Phone | $173.30 |
| 9/28 | EFT | Premium Financing | Insurance | $ 4949.79 |
| 9/30 | EFT | ANB | Service Charge | $ 3.41 |

TOTAL                                                              $  5,575.53

```
ATLANTIC JET MANAGEMENT LLC              Date  9/30/10 Page   1 of   1
DBA PRIVATE LATITUDES                    Account Number    @XXXXXXXXX@
C/O CHARLES SCOTT ALBURY                 Enclosures
2525 NW 55 CT  HANGAR #24
FORT LAUDERDALE FL  33309-2679
```

```
                    ---- CHECKING ACCOUNTS ----

                          Save the Date!
           American National Bank is celebrating its 25th Anniversary
                 Wednesday October 27th -- More details will follow
```

```
COMMERCIAL CHECKING                      Number of Images                  0
Account Number        @XXXXXXXXX@        Statement Dates  9/01/10 thru  9/30/10
Previous Balance        18,383.31        Days in the statement period      30
        Deposits/Credits       .00       Average Ledger               17,649
    4 Checks/Debits      5,572.12        Average Collected            17,649
Service Charge               3.41
Interest Paid                 .00
Ending Balance          12,807.78
```

```
Activity in Date Order
Date       Description                          Amount        Balance
9/16       PAYMENT    AT&T                       395.31-      17,988.00
           9992200580         09/16/10
           ID #-832062869NBI
           TRACE #-028000083780142
9/21       UTILITIES   UTILITY BILL               53.72-      17,934.28
           1596000319         09/21/10
           ID #-UM2060108
           TRACE #-053102531314336
9/27       Payment    ATT                        173.30-      17,760.98
           9864031004         09/27/10
           ID #-326797001EPAYD
           TRACE #-021000022069739
9/28       PFSPYMTFLT PFS 813-886-4544         4,949.79-      12,811.19
           0831659615         09/28/10
           ID #-143730
           TRACE #-101000019040318
9/30       SERVICE CHARGE                          3.41-      12,807.78
```

**ATTACHMENT 4A - 2**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC          Case Number:   10-35289-JKO11

Reporting Period beginning  September 1, 2010          Period ending   September 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Scotia Bank          BRANCH:   Freeport, Bahamas

ACCOUNT NAME:   Operating          ACCOUNT NUMBER:  ▮▮▮▮▮

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $  0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $  0.00 | * |
| Minus Service Charges | $  0.00 | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards are used by** Scott and Elizabeth Albury

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** (    Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0.00          Transferred to Payroll Account
$ 0.00          Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A-2**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC        Case Number:  10-35289-JKO11

Reporting Period beginning September 1, 2010      Period ending  September 30, 2010

NAME OF BANK:  Scotia  Bank                BRANCH:  Freeport, Bahamas

ACCOUNT NAME:  Operating

ACCOUNT NUMBER:  ▮▮▮▮▮▮▮

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                          $_____

**ATTACHMENT 4A-3**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC         Case Number:   10-35289-JKO11

Reporting Period beginning  September 1, 2010         Period ending   September 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Royal Bank of Canada         BRANCH:   Nassau, Bahamas

ACCOUNT NAME:  Jose Portuondo         ACCOUNT NUMBER:  ▮▮▮▮▮

PURPOSE OF ACCOUNT:         N/A

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards are used by** Scott and Elizabeth Albury

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** (    Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0.00         Transferred to Payroll Account
$ 0.00         Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A-3**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC       Case Number:  10-35289-JKO11

Reporting Period beginning  September 1, 2010      Period ending  September 30, 2010

NAME OF BANK:  Royal Bank of Canada       BRANCH:  Nassau, Bahamas

ACCOUNT NAME:  Jose Portoundo

ACCOUNT NUMBER:  ███████

PURPOSE OF ACCOUNT:        N/A

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                              $

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC          Case Number:   10-35289-JKO11

Reporting Period beginning  September 1, 2010       Period ending  September 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:   N/A_____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

      Ending Balance per Bank Statement                                   $_____
       Plus Total Amount of Outstanding Deposits                      $_____
       Minus Total Amount of Outstanding Checks and other debits   $_____ *
       Minus Service Charges                                           $_____
      Ending Balance per Check Register                              $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  (    Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  Atlantic Jet Management, LLC       Case Number:  10-35289-JKO11

Reporting Period beginning September 1, 2010     Period ending  September 30, 2010

NAME OF BANK:  N/A                              BRANCH:  _____

ACCOUNT NAME:  _____

ACCOUNT NUMBER:  _____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                          $_____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC        Case Number:  10-35289-JKO11

Reporting Period beginning  September 1, 2010        Period ending  September 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   N/A                           BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:        TAX _____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____* |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____**(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  (    Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  Atlantic Jet Management, LLC       Case Number:  10-35289-JKO11

Reporting Period beginning  September 1, 2010       Period ending  September 30, 2010

NAME OF BANK:   N/A                           BRANCH:  _____

ACCOUNT NAME:  _____      ACCOUNT # _____

PURPOSE OF ACCOUNT:  _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                          _____(a)
Sales & Use Taxes Paid                                      _____(b)
Other Taxes Paid                                            _____(c)
TOTAL                                                       _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                       _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                     **$_____**(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

### ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:  Atlantic Jet Management, LLC        Case Number:  10-35289-JKO11

Reporting Period beginning  September 1, 2010       Period ending  September 30, 2010

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Fla. Dept. Rev. | 10/31/10 | | $70.40 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 70.40 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  Atlantic Jet Management, LLC      Case Number:  10-35289-JKO11

Reporting Period beginning  September 1, 2010      Period ending  September 30, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Ronda Tucker  for  Avion Ins. Agency, Inc. | 407-585-3600 | CA00145601 | Lia./Cas. | 2/26/2011 | Currently Due |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

√ Check **here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

  No significant developments.  Managing Members are actively seeking new investors.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before  December 24, 2010.

MOR-20