

**ORDERED in the Southern District of Florida on November 01, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ATLANTIC JET MANAGEMENT, LLC,          Case No.: 10-35289-BKC-JKO

    Debtor.                            Chapter 11
_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CASE**

THIS MATTER came before the Court on October 26, 2010 at 10:30 a.m. on United States Trustee's Motion to Convert or Dismiss Case. The Court having reviewed the Motion and having considered argument of counsel, it is

**ORDERED** as follows:

1.    The Motion is GRANTED.

2.    The above-captioned case shall be dismissed WITHOUT PREJUDICE.

3.    The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within 14 days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the

relevant period since the period reported on the last debtor-in-possession report filed by the Debtors.

    4.    The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within 14 days of the entry of this Order, and it is further

    5.    The Court shall retain jurisdiction to enforce the provisions of this Order.

# # #

Submitted by: Ariel Rodriguez, Esq.
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

Copies to:
Ariel Rodriguez, Esq.
Christopher L. Hixson, Esq.
Debtor and all creditors (via Clerk of Clerk of Court)