

**ORDERED in the Southern District of Florida on November 01, 2010.**

**John K. Olson, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ATLANTIC JET MANAGEMENT, LLC,   Case No.: 10-35289-BKC-JKO

Debtor.   Chapter 11
_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CASE**

THIS MATTER came before the Court on October 26, 2010 at 10:30 a.m. on United States Trustee's Motion to Convert or Dismiss Case. The Court having reviewed the Motion and having considered argument of counsel, it is

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The above-captioned case shall be dismissed WITHOUT PREJUDICE.

3. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within 14 days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the

relevant period since the period reported on the last debtor-in-possession report filed by the Debtors.

    4.    The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within 14 days of the entry of this Order, and it is further

    5.    The Court shall retain jurisdiction to enforce the provisions of this Order.

# # #

Submitted by: Ariel Rodriguez, Esq.
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

Copies to:
Ariel Rodriguez, Esq.
Christopher L. Hixson, Esq.
Debtor and all creditors (via Clerk of Clerk of Court)

# CERTIFICATE OF NOTICE

```
District/off: 113C-0          User: rodriguez              Page 1 of 1             Date Rcvd: Nov 02, 2010
Case: 10-35289                Form ID: pdf001              Total Noticed: 22

The following entities were noticed by first class mail on Nov 03, 2010.
 db           +Atlantic Jet Management, LLC,    240 SW 34 St,    Ft Lauderdale, FL 33315-3603
 aty          +Bryan P Winters,    175 SW 7 St #1900,    Miami, FL 33130-2960
 smg          +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
 smg           Florida Department of Revenue,    POB 6668,    Tallahassee, FL  32314-6668
 smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: IRS,   POB 21126,   Philadelphia, PA  19114)
 cr           +Grand Bahama Port Authrity,    Bryan P Winters,    175 SW 7 St # 1900,    Miami, FL 33130-2960
 cr           +Ignacio De La Rocha,    c/o Laura J. Varela Esq,    4000 Hollywood Blvd 375S,
                Hollywood, FL 33021-1210
 cr           +Kipair, LLC,    c/o Laura J. Varela, Esq,    4000 Hollywood Blvd #375S,    Hollywood, FL 33021-1210
 cr           +Manuel Cutillas,    c/o Laura J. Varela, Esq,    4000 Hollywood Blvd #375 S,
                Hollywood, FL 33021-1210
 cr           +Port Group Limited,    c/o Bryan P Winters,    175 SW 7 st 3 1900,    Miami, FL 33130-2992
88399827      +AT&T,    6311 N Andrews Ave,    Ft Lauderdale, FL 33309-2135
88399828      +Banyan, Inc,    8521 NW 68 St,    Miami, FL 33166-2664
88399829      +City of Ft Lauderdale,    100 N Andrews Dr,    Ft Lauderdale, FL 33301-1085
88433038    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    Centralized Insolvency Operation,
                P.O. Box 21126,    Philadelphia, PA 19114)
88399833       Ignacio De La Rocha,    POB CB 12465,    Nassau, Bahamas
88399836      +Manuel R Cutillas,    29356 SW 143 Ave,    Homestead, FL 33033-3027
88399837      +Mario A Portuondo,    55-59 SW 158 Ct,    Miami, FL 33185
88399839      +Premium Financing Specialist,    24722 Network Place,    Chicago, IL 60673-0001
88399840      +Sheltair Aviation Center, LL,    4860 NE 12 Ave,    Ft Lauderdale, FL 33334-4804
88399841      +Stephen Albury,    5221 NW 13 Ave,    Miami, FL 33142-3803
The following entities were noticed by electronic transmission on Nov 02, 2010.
 ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov                            Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
88399831      +E-mail/Text: Bankruptcy@fpl.com                            Florida Power & Light,   POB 025576,
                Miami, FL 33102-5576
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88399826      Alberto Bacardi
88399830      Craig Symonette
88399832      Grand Bahama Port Authority
88399834      Juan Bacardi
88399835      Manuel Mosko
88399838      Port Group Limited
88399842      Stuart Ray
                                                                                   TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2010**                    **Signature:**    *Joseph Speetjens*